IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LONNIE JOHNSON                                                                                    PLAINTIFF

        v.                      Civil No. 4:11-cv-04099

DR. DEVLIN, Jail Doctor, Sevier
County Jail                                                                                              DEFENDANT

### REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

      This is a civil rights action filed by Plaintiff Lonnie Johnson pursuant to 42 U.S.C. § 1983. Plaintiff is currently incarcerated in the Arkansas Department of Corrections Wrightsville Unit.

      Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable Susan O. Hickey, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation. Currently before me is Plaintiff's Motion for Leave to Appeal *in forma pauperis* ("IFP") ECF No. 67.

      On September 30, 2013, the Court dismissed Plaintiff's claims against Sheriff Monte Stringfellow and Ms. Sharon. ECF No. 58. The claims against Defendant Dr. Devlin are still pending. On October 21, 2013, Plaintiff filed a Notice of Appeal (ECF No. 60) and on November 15, 2013 he filed a Motion for Leave to Appeal IFP (ECF No. 67).

      Pursuant to 28 U.S.C. § 1915(a)(3) "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." In this case, the claims against only part of the Defendants have been dismissed. The claims against the remaining Defendant is still pending. Pursuant to the terms of Rule 54(b) of the Federal Rules of Civil Procedure, when a case involves more than one claim, if an order, does not dispose of all claims it is not considered

1

a final appealable judgment unless the trial court directs that final judgment be entered as to claims that were dismissed.

Final judgment was not entered pursuant to Rule 54(b) of the order entered in this case. In other words, the order appealed from does not constitute a final appealable judgment. Accordingly, any appeal at this stage of the litigation would be frivolous and not taken in good faith.  <u>Neitzke v. Williams</u>, 490 U.S. 319, 325 (1989).

I therefore recommend that the motion for leave to appeal IFP (ECF No. 67) be denied as the appeal is not taken in good faith, 28 U.S.C. § 1915(a)(3).  I further recommend that the Clerk be directed to collect the $455 filing fee pursuant to the terms of the Prison Litigation Reform Act. Plaintiff may, of course, renew his motion for leave to appeal IFP with the Court of Appeals for the Eighth Circuit.  Fed. R. App. P. 24(a).

**The parties have fourteen days from receipt of the Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 25th day of November 2013.

/s/ Barry A. Bryant  
HON. BARRY A. BRYANT  
UNITED STATES MAGISTRATE JUDGE

2