IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKAN DIVISION

LONNIE JOHNSON                                                                                    PLAINTIFF

vs.                                            Civil No. 11-cv-4099

DR. DEVIN, Jail Doctor, Sevier
County Jail                                                                                       DEFENDANT

## **JUDGMENT**

Before the Court is the Report and Recommendation filed November 25, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 68). Judge Bryant recommends that Plaintiff's Motion for Leave to Appeal IFP be denied as the appeal is not taken in good faith, 28 U.S.C. § 1915(a)(3). The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's motion is **DENIED**. The Clerk is directed to collect $455 filing fee pursuant to the terms of the Prison Litigation Reform Act. Plaintiff may renew his motion for leave to appeal IFP with the Court of the Appeals for the Eighth Circuit. Fed. R. App. P. 24(a).

**IT IS SO ORDERED**, this 19th day of December, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District