IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LONNIE JOHNSON                                                                                          PLAINTIFF

v.                              Civil No.  4:11-cv-04099

DR. DEVLIN                                                                                              DEFENDANT

**<u>ORDER</u>**

  This case is currently on appeal to the Eighth Circuit Court of Appeals.  ECF No. 60.  The case is stayed and administratively terminated until the conclusion of the appeal.  The case will be reopened when the mandate is received from the Eighth Circuit.

  IT IS SO ORDERED this 31st day of January 2014.

                 /s/ Barry A. Bryant
                 HON. BARRY A. BRYANT
                 UNITED STATES MAGISTRATE JUDGE