IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LONNIE JOHNSON                                                                                    PLAINTIFF

v.                                            Case No. 4:11-cv-04099

DR. DEVLIN, Jail Doctor,
Sevier County Jail                                                                               DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed July 6, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 83).

This lawsuit originally contained multiple defendants. Those defendants filed a Motion for Summary Judgment. (ECF No. 29). The Court granted in part and denied in part the motion, dismissing all claims except two individual capacity claims against Defendant Dr. Devlin. (ECF No. 58). The Court referred the matter back to Judge Bryant for the consideration of Plaintiff Lonnie Johnson's individual capacity claims against Dr. Devlin for delay of medical care regarding Johnson's blood pressure and denial of medical care regarding Johnson's alleged diabetes. After consideration, Judge Bryant recommends Defendant's Motion for Summary Judgment (ECF No. 29) on these remaining claims be granted.

The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation *in toto*. Accordingly, Defendant's Motion for Summary Judgment (ECF No. 29) is hereby **GRANTED**. Plaintiff's remaining claims against Dr. Devlin are dismissed with prejudice.

**IT IS SO ORDERED**, this 27th day of July, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge